# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | |
|---|---|
| EARL K. SMITH,<br><br>　　　　　　　　　Plaintiff,<br><br>– against–<br><br>FIRST PREMIER BANK and<br>TRANS UNION, LLC,<br><br>　　　　　　　　　Defendant(s). | Civil Action No. 1:21-cv-00851<br>Judge Solomon Oliver, Jr.<br><br>**MOTION TO DISMISS DEFENDANT FIRST PREMIER BANK** |

Plaintiff respectfully requests dismissal of party defendant First Premier Bank pursuant to Fed. R. Civ. P. 21 which provides, in relevant part: "On motion or on its own, the court may at any time, on just terms, add or drop a party." Plaintiff has learned that defendant First Premier Bank has no liability as alleged in the complaint and therefore should be dismissed from this dispute.

/s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
LAW OFFICES OF ROBERT S. GITMEID & ASS, PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on May 13, 2021. Notice of this filing was sent by operation of the Court's electronic filing system. The parties may access this filing through the court's ECF system.

/s/ Thomas G. Widman
Thomas G. Widman
Attorney for Plaintiff