# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | |
|---|---|
| EARL K. SMITH,<br><br>                Plaintiff,<br><br>– against–<br><br>FIRST PREMIER BANK and<br>TRANS UNION, LLC,<br><br>                Defendant(s). | Civil Action No. 1:21-cv-00851<br>Judge Solomon Oliver, Jr.<br><br>**ORDER DISMISSING**<br>**DEFENDANT FIRST PREMIER**<br>**BANK** |

       This matter is before the Court on Plaintiff's Motion to Dismiss Defendant First Premier Bank per Fed. R. Civ. P. 21. The court finds said motion to be well-taken and hereby GRANTS the same. Defendant First Premier Bank is hereby dismissed as a party defendant from this action.

       IT IS SO ORDERED.


                                     /s/ Solomon Oliver, Jr.        5/27/2021
                                     Judge Solomon Oliver, Jr.
                                     United States District Judge