UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO - EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| EARL SMITH<br><br>Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK and TRANS UNION, LLC<br><br>Defendants. | Civil Action No.: 1:21-cv-00851-SO<br>Judge Solomon Oliver, Jr. |

## STIPULATION OF DISMISSAL

Plaintiff Earl Smith and Defendant Trans Union LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, with each party bearing that party's respective attorney's fees and costs.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
7/6/2021

/s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
LAW OFFICES OF ROBERT S. GITMEID & ASS, PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

/s/ William M. Huse
William M Huse (Ohio Bar No. 0076942)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Dr.
Zionsville, IN 46077
Tel: 317-363-2400
E-mail: whuse@schuckitlaw.com
*Attorneys for Defendant Trans Union, LLC*